UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Swiss Singapore Overseas Enterprise,

              Plaintiffs,

    -against-

West Asia Maritime Overseas Private Ltd.,

             Defendants.
------------------------------------X

08-cv-_____

RULE 7.1 STATEMENT

RECEIVED SEP 02 2008 U.S.D.C. S.D.N.Y. CASHIERS

    PLEASE TAKE NOTICE that Edward A. Keane, of the firm of Mahoney & Keane, LLP, attorneys of record for Plaintiffs, Swiss Singapore Overseas Enterprise ("SSOE"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of Plaintiffs.

Dated:    New York, NY
           September 2nd, 2008

                              Respectfully submitted,

                              MAHONEY & KEANE, LLP
                              Attorneys for Plaintiff
                              Swiss Singapore Overseas
                              Enterprise

            By:   _____
                    Edward A. Keane (EK 1398)
                    11 Hanover Square, Tenth Floor
                    New York, New York 10005
                    Tel. (212) 385-1422
                    Fax. (212) 385-1605
                    File No. 12/3644/B/08/8